**Fill in this information to identify the case:**

Debtor name: Eegee's, LLC

United States Bankruptcy Court for the: District of Arizona

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sysco Food Services of Arizona<br>611 South 80th Ave<br>Tolleson, AZ, 85353 | Stephanie Darimont<br>928-580-5959<br>stephanie.darimont@sysco.com | Suppliers or Vendors | | | | 1,000,535.40 |
| 2 | Merit<br>1471 W. Commerce Ct.<br>Tucson, AZ, 85746 | Megan<br>520-631-5909<br>megan@meritfoods.net | Suppliers or Vendors | | | | 725,972.40 |
| 3 | Ramp Flex<br>28 West 23rd Street<br>Floor 2<br>New York, NY, 10010 | 855-206-7283<br>dvawter@ramp.com | Suppliers or Vendors | | | | 410,618.25 |
| 4 | 39 North Capital, LLC<br>1030 Oak Street<br>Winnetka, IL, 60093 | | Suppliers or Vendors | | | | 166,666.67 |
| 5 | Punchh, Inc.<br>8383 Seneca Turnpike<br>New Hartford, NY, 13413 | 800-488-6505<br>admin@punchh.com | Suppliers or Vendors | | | | 103,186.34 |
| 6 | Captain's<br>922 N. 17th Ave.<br>Phoenix, AZ, 85007 | 602-275-2396 | Suppliers or Vendors | | | | 76,932.97 |
| 7 | Ramp Purchase Card<br>28 West 23rd Street, Floor 2<br>New York, NY, 10010 | | Suppliers or Vendors | | | | 43,811.66 |
| 8 | CBIZ<br>4722 N. 24th Street<br>Suite 300<br>Phoenix, AZ, 85016 | 602-264-6835 | Suppliers or Vendors | | | | 31,993.00 |

| | Debtor | Eegee's, LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ingredion Incorporated (TIC Gums, Inc.) 5 Westbrook Corporate Center Westchester, IL, 60154 | 410-273-7300 SISCS@ingredion.com | Suppliers or Vendors | | | | 30,188.25 |
| 10 | Moss Adams, LLP P.O. Box 101822 Pasadena, CA, 91189-1822 | 480-444-3424 | Suppliers or Vendors | | | | 23,883.88 |
| 11 | The Always Food Safe Company 899 Montreal Circle Saint Paul, MN, 55102 | 184-431-22011 acct@alwaysfoodsafe.com | Suppliers or Vendors | | | | 23,036.00 |
| 12 | DataDelivers 100 W. Hillcrest Blvd. Suite 406 Schaumburg, IL, 60195 | 630-635-2400 | Suppliers or Vendors | | | | 18,000.00 |
| 13 | Ecolab Inc. P.O. Box 100512 Pasadena, CA, 91189 | 800-352-5326 finance-EDIReports@ecolab.com | Suppliers or Vendors | | | | 17,165.11 |
| 14 | PepsiCo Beverage Sales, LLC P.O. Box 841828 Dallas, TX, 75284-1828 | 520-434-3148 bharathi.soundararajan.contractor@pepsico.com | Suppliers or Vendors | | | | 15,814.90 |
| 15 | Paycor P.O. Box 639860 Dallas, TX, 75263 | blopez@paycor.com | Suppliers or Vendors | | | | 12,690.74 |
| 16 | TEK System 7437 Race Road Hanover, MD, 21076 | nwoodwar@teksystems.com | Suppliers or Vendors | | | | 10,544.00 |
| 17 | Tucson Electric Power Co. P.O. Box 80073 Prescott, AZ, 86304-8073 | 602-623-7711 | Utility Services | | | | 10,277.64 |
| 18 | Prudential Overall Supply P.O. Box 11210 Santa Ana, CA, 92711-1210 | 520-294-3421 POSARMgr@pos-clean.com | Suppliers or Vendors | | | | 8,753.52 |
| 19 | Prisma Graphic Corporation P.O. Box 933047 Atlanta, GA, 31193 | 602-243-5777 ar@prismagraphic.com | Suppliers or Vendors | | | | 8,341.62 |
| 20 | ARC CAFEHLD001, LLC P.O. Box 29650 Phoenix, AZ, 85038-9650 | | | | | | 8,067.03 |